**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS GEORGE MISKAM,        ) | No. EDCV 05-84 JFW (CW) |
|               Petitioner,   ) | JUDGMENT |
|       v.             ) | |
| SCOTT KERNAN,             ) | |
|              Respondent.  ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: _____

_____
JOHN F. WALTER
United States District Judge

1